Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax  (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY BONNET, | Case No.: 3:18-cv-00159-HDM-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |
| STATE OF NEVADA, DEPARTMENT OF TRANSPORTATION DIVISION AND DOES I-X, | |
| Defendants. | |

Plaintiff, BOBBY BONNET, and Defendants STATE OF NEVADA ex. rel. DEPARTMENT OF TRANSPORTATION DIVISION, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Response to Defendant's Motion to Dismiss from May 23, 2018 to June 6, 2018.

//
//
//
//
//

1  Plaintiff requests this extension due to counsel's heavy work load and not for the purpose of
2  delay. There have been no other requests for extensions on this pleading or anything else in the case.

4  DATED this 21st day of May, 2018.                    DATED this 21st day of May, 2018.
5  MARK MAUSERT LAW OFFICE                              CHIEF DEPUTY ATTORNEY GENERAL

7  ____/s/ Mark Mausert_____                         _/s/ Cameron Vandenberg_____
   MARK MAUSERT                                         CAMERON P. VANDENBERG
8  CODY OLDHAM                                          5420 Keitzke Lane, Suite 202
   729 Evans Avenue                                     Reno, Nevada 89511
9  Reno, Nevada 89512

10 Attorneys for Plaintiff                              Attorney for Defendants

        IT IS SO ORDERED.

        DATED this _21st_ day of May, 2018.

                                                       _Howard D McKibben_____
                                                       UNITED STATES DISTRICT JUDGE