Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

BOBBY BONNET,  Case No.: 3:18-cv-00159-HDM-WGC

        Plaintiff,

   vs.  **STIPULATION AND ORDER TO FILE AN AMENDED COMPLAINT IN LIEU OF A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

STATE OF NEVADA, DEPARTMENT
OF TRANSPORTATION DIVISION AND
DOES I-X,

        Defendants.
_____/

     Plaintiff, BOBBY BONNET, and Defendants STATE OF NEVADA ex. rel. DEPARTMENT OF TRANSPORTATION DIVISION, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the stipulation to file an amended complaint in lieu of a response to the defendant's motion to dismiss filed on May 9, 2018.

//

//

//

//

//

//

//

Plaintiff requests this Order because service of process has been effected in accordance with Fed. R. Civ. P. 4, NRS 41.031 and NRS 408.611, and the proposed Amended Complaint will therefore at least partially moot Defendant's Motion to Dismiss (ECF No. 9). By way of this Stipulation, Defendant does *not* concede that the claims in the Amended complaint have merit or that the Court now has jurisdiction over all of the claims; however, Defendant agrees to withdraw its Motion to Dismiss and allow Plaintiff to file his Amended Complaint. If the Court enters the requested Order, Defendant reserves the right to move for dismissal of the Amended Complaint.

DATED this 6th day of June, 2018.                DATED this 6th day of June, 2018.

MARK MAUSERT LAW OFFICE                          ADAM PAUL LAXALT
                                                 Attorney General

____/s/ Mark Mausert_____                     _/s/ Cameron Vandenberg_____
MARK MAUSERT                                      CAMERON P. VANDENBERG
CODY OLDHAM                                       Chief Deputy Attorney General

Attorneys for Plaintiff                           Attorney for Defendant NDOT


IT IS SO ORDERED.

DATED this _7th_ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2