Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax  (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY BONNET, | Case No.: 3:18-cv-00159-HDM-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO FILE AN AMENDED COMPLAINT IN LIEU OF A RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| STATE OF NEVADA, DEPARTMENT OF TRANSPORTATION DIVISION AND DOES I-X, | |
| Defendants. | |

Plaintiff, BOBBY BONNET, and Defendants STATE OF NEVADA ex. rel. DEPARTMENT OF TRANSPORTATION DIVISION, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the stipulation to file an amended complaint in lieu of a response to the defendant's motion to dismiss filed on May 9, 2018.

//
//
//
//
//
//
//

Page 1 of 2

Plaintiff requests this Order because service of process has been effected in accordance with Fed. R. Civ. P. 4, NRS 41.031 and NRS 408.611, and the proposed Amended Complaint will therefore at least partially moot Defendant's Motion to Dismiss (ECF No. 9). By way of this Stipulation, Defendant does *not* concede that the claims in the Amended complaint have merit or that the Court now has jurisdiction over all of the claims; however, Defendant agrees to withdraw its Motion to Dismiss and allow Plaintiff to file his Amended Complaint. If the Court enters the requested Order, Defendant reserves the right to move for dismissal of the Amended Complaint.

DATED this 6th day of June, 2018.

MARK MAUSERT LAW OFFICE

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

Attorneys for Plaintiff

DATED this 6th day of June, 2018.

ADAM PAUL LAXALT
Attorney General

/s/ Cameron Vandenberg
CAMERON P. VANDENBERG
Chief Deputy Attorney General

Attorney for Defendant NDOT

IT IS SO ORDERED.

DATED this __7th__ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE