Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY BONNET, | Case No.: 3:18-cv-00159-HDM-WGC |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (FIRST REQUEST)** |
| STATE OF NEVADA DEPARTMENT OF TRANSPORTATION DIVISION AND DOES I-X, | |
| Defendants. / | |

Plaintiff BOBBY BONNET, and Defendant STATE OF NEVADA ex rel DEPARTMENT OF TRANSPORTATION, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Response to Defendant's Motion for Judgment on the Pleadings from August 31, 2018 to September 14, 2018.

//
//
//
//
//
//

Plaintiff requests this extension due to counsel's heavy work load.

DATED this 30th day of August, 2018.	DATED this 30th day of August, 2018.

MARK MAUSERT LAW OFFICE	CHIEF DEPUTY ATTORNEY GENERAL


   /s/ Mark Mausert	   /s/ Cameron Vandenberg
MARK MAUSERT	CAMERON P. VANDENBERG
CODY OLDHAM	5420 Kietzke Ln., Suite 202
729 Evans Avenue	Reno, Nevada 89511
Reno, Nevada 89512

                                           Attorneys for Defendants

Attorneys for Plaintiff


      IT IS SO ORDERED.

      DATED this  30th  day of   August   , 2018.


                                                   UNITED STATES DISTRICT JUDGE