# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bobby Bonnet,<br><br>    Plaintiff<br><br>v.<br><br>State of Nevada, Department of Transportation Division and Does I-X,<br><br>    Defendants | Case No. 3:18-cv-159-HDM-WGC<br><br>**Order Granting Motion for Judgment on the Pleadings (ECF 29)** |

The State moves for judgment on the pleadings. It asserts that this Court lacks subject-matter jurisdiction over Bonnet's second and third causes of action—both of which relate to age discrimination. ECF 29 at 2–3. Bonnet has filed a "non-opposition" to the stated motion. ECF 34.

This Court lacks jurisdiction over Bonnet's second and third causes of action. States are immune from suit, under state or federal law, by private parties in federal court absent waiver or abrogation of that immunity. *See U.S. Const. amend. XI*; *Seminole Tribe of Fla., v. Florida*, 517 U.S. 44, 54 (1996). Nevada has not waived its immunity. NRS 41.031(3). Nor did ADEA—the lone remedy for age discrimination, *Ahlmeyer v. Nevada Sys. of Higher Educ.*, 555 F.3d 1051, 1058 (9th Cir. 2009)—abrogate Nevada's immunity, *Kimel v. Fla. Bd. of Regents,* 528 U.S. 62, 91 (2000).

Because the Eleventh Amendment bars Bonnet's age-discrimination claims, Bonnet's second and third causes of action are dismissed with prejudice for lack of subject-matter jurisdiction.

IT IS SO ORDERED.

Dated: October 22, 2018

_____
Howard D. McKibben
Senior U.S. District Judge