AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
Nevada Bar No. 4356
DOMINIKA J. BATTEN
Deputy Attorney General
Nevada Bar No. 12258
Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
(775) 687-2132 (phone)
(775) 688-1822 (fax)
Email: cvandenberg@ag.nv.gov
       dbatten@ag.nv.gov
*Attorneys for Defendant State of Nevada,*
*Department of Transportation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY BONNET,<br><br>               Plaintiff,<br><br>    vs.<br><br>STATE OF NEVADA DEPARTMENT OF<br>TRANSPORTATION DIVISION AND<br>DOES I-X,<br><br>               Defendants. | Case No.  3:18-cv-00159-HDM-WGC<br><br><br>**ORDER GRANTING<br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

Defendant State of Nevada, *ex rel.* its Department of Transportation ("NDOT"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, Cameron P. Vandenberg, Chief Deputy Attorney General, and Dominika J. Batten, Deputy Attorney General, and Plaintiff Bobby Bonnet, by and through counsel Mark Mausert, Esq., and Cody Oldham, Esq., hereby stipulate and agree that, consistent with the requirements of FED. R. CIV. P. 41(a), the Court may dismiss Bobby

/ / /

/ / /

/ / /

/ / /

1

Bonnet's First Amended Complaint, in its entirety, with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 26th day of February, 2019.     DATED this 26th day of February, 2019.

AARON D. FORD                                MARK MAUSERT LAW OFFICE
Attorney General

By: _/s/ Cameron P. Vandenberg_          By: _/s/ Mark Mausert_
     CAMERON P. VANDENBERG                    MARK MAUSERT, ESQ.
     Chief Deputy Attorney General           CODY OLDHAM, ESQ.
     Nevada Bar No. 4356                      729 Evans Avenue
     DOMINIKA J. BATTEN                       Reno, Nevada 89512
     Deputy Attorney General                  *Attorneys for Plaintiff Bobby Bonnet*
     Nevada Bar No. 12258
     *Attorneys for Defendant NDOT*

* * *

## **ORDER**

IT IS SO ORDERED this __26_ day of __February_____, 2019.

_____
UNITED STATES DISTRICT JUDGE